# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0783
_____

W.L. WILLIAMS, III,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and DANIELLE SHENEA
WILLIAMS,

    Appellees.

_____


On appeal from the Department of Revenue, Child Support Program.
Ann Coffin, Director.

January 28, 2019


PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


W.L. Williams, III, pro se, Appellant.

Ashley B. Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for Appellees.